

FILED
2009 MAY 22  AM 10: 41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Michael Stortz, SBN 153378
Maria Iriarte, SBN 150704
Disability Rights California
San Diego Regional Office
1111 Sixth Avenue, Suite 200
San Diego, CA 92101
(619) 239-7861
Fax (619) 239-7906
Michael.Stortz@disabilityrightsca.org
Maria.Iriarte@disabilityrightsca.org

Kevin Bayley, SBN 218070
Rachel Scherer, SBN 260538
Disability Rights California
Los Angeles Regional Office
3580 Wilshire Blvd., #902
Los Angeles, CA 90010
(213) 427-8747
Fax (213) 427-8767
Kevin.Bayley@disabilityrightsca.org
Rachel.Scherer@disabilityrightsca.org

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Disability Rights California, California Protection and Advocacy Agency For Persons With Disabilities,<br><br>Plaintiff,<br><br>v.<br><br>Sierra Vista Rehabilitation Center, SunBridge Healthcare Corporation<br><br>Defendants | CASE NO.: CV09-3664 (FFMx)<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Dept: Spring Street, 9<br>Judge: Fairbank<br>Hearing Date and Time: June 22, 2009   1:30 PM<br>Action Filed: |

1
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65-1, Plaintiff by and through its counsel applies to this Honorable Court to preliminarily enjoin defendants Sierra Vista Rehabilitation Center and SunBridge Healthcare Corporation from denying or interfering with full, complete, and meaningful access of Disability Rights California to records, facilities and residents as mandated by the Developmental Disabilities Assistance and Bill of Rights Act, 42 U.S.C. § 15041, *et seq.*, and the regulations promulgated thereto, the Protection and Advocacy for Individuals with Mental Illness Act, 42 U.S.C. § 10801, *et seq.*, and regulations promulgated thereto, and Sections 4900 *et seq.* of the California Welfare and Institutions Code.

This motion is based on the pleadings filed herein, the Complaint for Declaratory and Injunctive Relief, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction, Declarations in Support of Plaintiff's Motion for Preliminary Injunction, and Proposed Order.

Plaintiff agrees to meet and confer with counsel for the Defendants on a hearing date and briefing schedule.

Dated: May 21, 2009                Respectfully Submitted,

Disability Rights California

_____
Michael Stortz
Attorneys for Plaintiff